UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT MARCIONE, et al.

v.  CA 09-591 ML

JAN CO., d/b/a Burger King

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 15, 2010. No party has filed an objection and the time for doing so has passed. Accordingly, this Court adopts the Report and Recommendation. Defendant's motion to dismiss is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
July 7, 2010